UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:13-cv-11273-DJC

EMILY BILLING,

    Plaintiff,

    v.

MARTHA'S VINEYARD PUBLIC CHARTER
SCHOOL, MVPCS BOARD OF TRUSTEES,
and ROBERT M. MOORE,

    Defendants.

### DEFENDANTS' NOTICE OF PLAINTIFF'S NON-COMPLIANCE WITH THE COURT'S JUNE 23, 2014 ORDER ON DEFENDANTS' MOTION TO COMPEL AND SETTING COMPLIANCE DEADLINE

The Defendants hereby notify the Court that the Plaintiff has failed to comply with the Court's June 23, 2014 Order to produce documents in response to the Defendants' document requests.  See Docket; 06/23/2014; Document No. 33.  Accordingly, the Defendants request that the Court act on their Motion to Compel Documents and dismiss this case with prejudice.  See Docket; 06/04/2014; Document No. 32.

As grounds therefore, the Defendants served document requests under Rule 34 to the Plaintiff on March 3, 2014.  The Plaintiff failed to produce documents.  As a result, on June 4, 2014, the Defendants filed a Motion to Compel documents requesting that the Plaintiff's case be dismissed should the Plaintiff not produce documents within seven days of the Court's allowance of the motion.  See Docket; 06/14/2014; Document No. 32.  The Plaintiff did not oppose to the Defendants' motion to compel.  On June 23, 2014, the Court allowed the Defendants' motion to

compel and issued an Order for the Plaintiff to produce documents by July 12, 2014.  To date, the Plaintiff has still not complied with the Court's Order and produced documents.

Therefore, as a result of the Plaintiff's failure to comply with the Court's Order to produce documents by July 12, 2014, the Defendants have filed this Notice and request that the Court act on the Defendants' Motion to Compel Documents and dismiss this case with prejudice.

Respectfully submitted,

The Defendants,
By their attorneys,

*/s/ Thomas R. Donohue*
Thomas R. Donohue, BBO# 643483
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100
tdonohue@bhpklaw.com

DATED: July 14, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

*/s/ Thomas R. Donohue*
Thomas R. Donohue, BBO# 643483

DATED: July 14, 2014

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

To the extent the Court determines this notice to be a motion, I hereby certify that I have attempted to confer with counsel for the Plaintiff in a good faith but was unable to reach him.

*/s/ Thomas R. Donohue*
Thomas R. Donohue, BBO# 643483

DATED: September 9, 2013